# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]

**Jerry Chambers**,
[You are the PLAINTIFF, print your full name on this line.]

v.

**Department of correction**
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number **1:22CV071**
[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] **Department of Correction** | 302 W Washington St RM E 334 Indianapolis, IN 46204-2738 |
| 2 | [Put the names of any other defendants in these boxes.] | |
| 3 | | |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? **1**
2. What is the name and address of your prison or jail? **Miami Corr Facility**
3. Did the event you are suing about happen there? ☑ Yes ◯ No, it happened at: _____
4. On what date did this event occur? **1-7-2022**

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. I have sent letters to the defendent Dapartment of Correction about my life being in danger here at MCF and how the dependant IDOC is turn a blind eye to the conduct of it's staff on 1-7-2022 at 10:40 on I 3/4 side I was moved from 241 to 303 the dorm was on lockdown do to fighting I was let out to shower and was assaulted by a Offender I was hit with a mop stick it was no staff on the floor to protect me I had to fight for my life. I have seizure and I was put in sag in a cell without medical button lights and window with a cover on it exposed wires put my life in Danger I was given a A102 conduct and given 365 in sag for defending my self cause it was not any staff there to protect me do to me haven 4 law suits aginst staff here I being haress and being assaulted by prison staff 1-23-2022 I was Maced for nothing by prison staff and prison staff have medical records and actual knowlede that I have seizures and Macing me can kill me

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

Claims and Facts (continued)

this is a Violation of the Eighth amendment

The Defendant the Department of Correction has not done nothing to protect me I have sent letter to Robert Carter JR Comm to Richard Broun to Willan Hyatte warden asst warden Payne and Staff Members has turn a blend eye for not doing anything to protect me the defendant IDOC is approve it and Condoneing Subordinate Contitutional Violation and are responsible for the staff here a MCF acts, this is a violation of IDOC number/policy and a Violation of the Eighth amendment I Jerry Chambers asked Richard Broun to order MCF to transfer me to another prison do to me haven law Suit against staff here is getting me terjeted by conselor and officer is put my life in Danger and I wouldn't had to fight for my life and given 365 in Scu if the defendant the Department of Correction would have protect me by transfer me to another prison is a Violation of my contitutional Rights.

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

5. When did this event happen?
   - ◯ Before I was confined.
   - ◯ While I was confined awaiting trial.
   - ☑ After I was convicted while confined serving the sentence.
   - ◯ Other: _____

6. Have you ever sued anyone for this exact same event?
   - ☑ No.
   - ◯ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
   - ◯ No, this event is not grievable at this prison or jail.
   - ◯ Yes, I filed a grievance and attached is a copy of the response from the final step.
   - ☑ Yes, this event was grievable, but I did not file a grievance because  do to
   CoVID the prison is on lockdown my grievance proess was violated

8. If you win this case, what do you want the court to order the defendant(s) to do?
   [NOTE: A case filed on this form will not overturn your conviction or change your release date.]
   to put 700,000 for the DOC Broking it's number 1 policy.

[Initial Each Statement]
   ✓ I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
   ✓ I will keep a copy of this complaint for my records.
   ✓ I will promptly notify the court of any change of address.
   ✓ I WILL NOT send more than one copy of any filing to the court.
   ✓ I WILL NOT send summons, USM-285, or waiver forms to the clerk.
   ✓ I declare under penalty of perjury that the statements in this complaint are true.

I placed this complaint in the prison mail system on __2__/__6__/20__22__ at __11:30__ am/pm.
[Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

_Jerry Chowles_                                                             _216132_
Signature                                                                    Prisoner Number

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]